# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KRISTA CABILTES. <br><br> Plaintiff, <br><br> vs. <br><br> ULTA SALON, COSMETICS & FRAGRANCE, INC. ET AL. <br><br> Defendants. | Civil Action No. 1:23-CV-00768 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Jeffrey Cole |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by Plaintiff, Krista Cabiltes and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta"), that Plaintiff's above-captioned action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and fees. Because this Stipulation of Dismissal has been signed by all parties who have appeared in the action, it is effective without further Order by the Court pursuant to Rule 41(a)(1)(A).

Dated: June 5, 2023

Respectfully submitted,

/s/ *Michael G. Babbitt*
Michael G. Babbitt
Craig C. Martin
Bianca L. Valdez
300 North LaSalle
Chicago, Illinois 60654-3406
(312)728-9000
Email: mbabbitt@willkie.com
  cmartin@willkie.com
  mbabbitt@willkie.com
  bvaldez@willkie.com

## CERTIFICATE OF SERVICE

I, Michael Babbitt, an attorney, hereby certify that on June 5, 2023, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Michael G. Babbitt*
Michael G. Babbitt
300 North LaSalle
Chicago, Illinois 60654-3406
(312)728-9000
Email: mbabbitt@willkie.com
   cmartin@willkie.com
   mbabbitt@willkie.com
   bvaldez@willkie.com