## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Krista Cabiltes

                                    Plaintiff,

v.

                                      Case No.: 1:23–cv–00768
                                      Honorable Robert W. Gettleman

Ulta Salon Cosmetics & Fragrance, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 6, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant Ulta Salon Cosmetics & Fragrance, Inc.'s counsel filed a Stipulation to dismiss this action with prejudice on 6/5/2023 [17]. The Stipulation states it is "signed by all parties who have appeared in the action." Id. There is no signature on the document by plaintiff's counsel or defendant Perfect Corp.'s counsel. Plaintiff is directed to notify the court if this case should be dismissed with prejudice on or before 6/9/2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.