# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Krista Cabiltes

                    Plaintiff,

v.                                       Case No.: 1:23−cv−00768

                                                  Honorable Robert W. Gettleman

Ulta Salon Cosmetics & Fragrance, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 7, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: In response to this court's minute order entered 6/6/2023 [18] plaintiff's counsel emailed the courtroom deputy to advise that plaintiff agrees that this case should be dismissed with prejudice. Accordingly, on the parties' Stipulation [17] and by agreement and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.